E-filing

Michael R. Reese (State Bar No. 206773)
michael@reeserichman.com
Kim E. Richman
kim@reeserichman.com
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643 -0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiff*

FILED
MAR 11 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRKO CARREA, on behalf of himself, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DREYER'S GRAND ICE CREAM, INC.; NESTLE USA; and NESTLE SA<br><br>Defendants. | CASE NO. C10-01044 JSW<br><br>DECLARATION OF MIRKO CARREA PURSUANT TO CALIFORNIA CODE 1780(c) |

REESE RICHMAN LLP, 875 AVENUE OF THE AMERICAS 18TH FLOOR, NEW YORK, NEW YORK 10001

I, MIRKO CARREA, declare as follows:

1. I submit this declaration pursuant to section 1780(c) of the California Code of Civil Procedure. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto.

2. Alameda County, California – the county in which this Court is located - is a proper location for this action because the named defendants do business within this county in that they manufacture and sell their Nestle Drumstick® product within this county. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2010

MIRKO CARREA