**REESE RICHMAN LLP**
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reeserichman.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRKO CARREA on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREYER'S GRAND ICE CREAM, INC.<br><br>Defendant. | Civil No. 10-cv-01044 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE FROM JUNE 25, 2010 TO JULY 2, 2010**<br><br>Current Date: June 25, 2010<br>Proposed Date: July 2, 2010 |

Stipulation and [Proposed] Order Adjourning Case Management Conference One Week
Case No. 10-cv-01044 JSW

Plaintiff Mirko Carrea ("Plaintiff") and Defendant Dreyer's Grand Ice Cream, Inc. ("Defendant"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, a case management conference has been scheduled for June 25, 2010;

WHEREAS, lead counsel for Plaintiff, Michael R. Reese, has a scheduling conflict on June 25, 2010, in that he has family matter involving his ninety (90) year old grandmother he needs to attend to on June 25, 2010;

WHEREAS, Plaintiff's counsel have conferred with Defendant's counsel asking if they were agreeable to continue the case management conference and if they are available on July 2, 2010 or July 9, 2010, and Defendant's counsel responded that they were available on July 2, but not on July 9, and that they do not oppose Plaintiff's request for a short adjournment of the case management conference;

The Parties hereby stipulate and agree, contingent on the Court's permission, to the following:

> The case management conference currently scheduled for 1:30 p.m. on June 25, 2010 is postponed by one week to 1:30 p.m. on July 2, 2010, or the earliest date thereafter available to the Court.

**AGREED TO AND STIPULATED BY:**

| REESE RICHMAN LLP | HOWREY LLP |
|---|---|
| */s/ Michael R. Reese* | */s/ Joanne Lichtman* |
| Michael R. Reese | Joanne Lichtman |
| 875 Avenue of the Americas, 18th Floor | 550 South Hope Street, Suite 1100 |
| New York, New York 10001 | Los Angeles, California 90071 |
| Telephone: (212) 643-0500 | Telephone: (212) 892-1919 |
| Facsimile: (212) 253-4272 | Facsimile: (212) 402-8151 |
| Email: michael@reeserichman.com | Email: LichtmanJ@howrey.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: June 9, 2010 | Dated: June 9, 2010 |

**SO ORDERED THE** __14__ **OF JUNE, 2010**

_____
Jeffrey S. White
United States District Judge

---

Stipulation and [~~Proposed~~] Order Adjourning Case Management Conference One Week
Case No. 10-cv-01044 JSW