IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRO CARREA,

    Plaintiff,

v.

DREYER'S GRAND ICE CREAM, INC.,

    Defendant.

No. C 10-01044 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 6, 2010 on Defendant's motion to dismiss. The Court HEREBY ORDERS that any opposition to this motion shall be filed by no later than June 29, 2010 and a reply brief shall be filed by no later than July 6, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 15, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE