**REESE RICHMAN LLP**
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: mreese@reeserichman.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRKO CARREA on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DREYER'S GRAND ICE CREAM, INC. <br><br> Defendant. | Civil No. 10-cv-01044 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**; AS MODIFIED |

---

Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendant's Motion to Dismiss
Case No. 10-cv-01044 JSW

REESE RICHMAN LLP, 875 AVENUE OF THE AMERICAS 18TH FLOOR, NEW YORK, NEW YORK 10001

1  Plaintiff Mirko Carrea ("Plaintiff") and Defendant Dreyer's Grand Ice Cream, Inc.
2  ("Defendant"), through their undersigned counsel, hereby agree and stipulate to the following:
3  WHEREAS, Defendant filed a motion to dismiss ("Defendant's Motion") on June 14,
4  2010 (Dkt. 16);
5  WHEREAS, the hearing on Defendant's Motion has been set for August 6, 2010;
6  WHEREAS, on June 15, 2010 the Court entered a briefing schedule setting June 29, 2010
7  for Plaintiff's opposition to Defendant's Motion ("Plaintiff's Opposition") and July 6, 2010 as
8  the date for Defendant's reply ("Defendant's Reply") (Dkt. 19);
9  WHEREAS, counsel for Plaintiff, Michael Reese, needs additional time to prepare
10 Plaintiff's Opposition due to prior commitments of Plaintiff's counsel, including a family matter
11 involving Mr. Reese's ninety (90) year old grandmother he had to attend to during the week of
12 June 21, 2010;
13 WHEREAS, Plaintiff's counsel have conferred with Defendant's counsel, who have
14 agreed to a briefing schedule whereby Plaintiff's Opposition would be filed on July 12, 2010 and
15 Defendant's Reply filed on July 23, 2010;
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendant's Motion to Dismiss
Case No. 10-cv-01044 JSW

The Parties hereby agree and stipulate to, contingent on the Court's permission, the following:

Plaintiff's Opposition is to be filed on ~~July 12,~~ July 6, 2010; and

Defendant's Reply is to be filed on ~~July 23,~~ July 13, 2010.

**AGREED TO AND STIPULATED BY:**

| | |
|---|---|
| **REESE RICHMAN LLP** | **HOWREY LLP** |
| */s/ Michael R. Reese* | */s/ Joanne Lichtman* |
| Michael R. Reese | Joanne Lichtman |
| 875 Avenue of the Americas, 18th Floor | 550 South Hope Street, Suite 1100 |
| New York, New York 10001 | Los Angeles, California 90071 |
| Telephone: (212) 643-0500 | Telephone: (212) 892-1919 |
| Facsimile: (212) 253-4272 | Facsimile: (212) 402-8151 |
| Email: michael@reeserichman.com | Email: LichtmanJ@howrey.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: June 25, 2010 | Dated: June 25, 2010 |

AS MODIFIED ABOVE
**SO ORDERED THE  29   OF JUNE, 2010**

_____
Jeffrey S. White
United States District Judge

---

Stipulation and [~~Proposed~~] Order Regarding Briefing Schedule on Defendant's Motion to Dismiss
Case No. 10-cv-01044 JSW