Joanne Lichtman (SBN 137300)
lichtmanj@howrey.com
Andrea Maldonado Weiss (SBN 252429)
weissa@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Dale J. Giali (SBN 150382)
gialid@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614-2559
Telephone: (949) 759-3944
Facsimile: (949) 266-5529

Attorneys for Defendant DREYER'S GRAND
ICE CREAM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Courthouse

| | |
|---|---|
| MIRKO CARREA, et al., | Case No. CV 10-01044 JSW |
| Plaintiffs, | **ORDER EXTENDING THE TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| vs. | |
| DREYER'S GRAND ICE CREAM, INC., | |
| Defendant. | 2d Amended Complaint served: September 14, 2010 |
| | Old response date: October 8, 2010 |
| | New response date: October 22, 2010 |

ORDER RE RESPONDING TO SECOND AMENDED COMPLAINT - **Case No. CV10-01044 JSW**

HOWREY LLP

1  Having received and considered the stipulation of the parties (Dkt. #34), and
2  good cause appearing, defendant Dreyer's Grand Ice Cream, Inc. shall have until
3  October 22, 2010 to respond to the second amended complaint.

5  **IT IS SO ORDERED.**

7  Dated: September 16, 2010

_____
Jeffrey S. White
Judge, United States District Court

-1-
ORDER RE RESPONDING TO SECOND AMENDED COMPLAINT - **Case No. CV10-01044 JSW**

HOWREY LLP