1  Michael R. Reese (State Bar No. 206773)
   mreese@reeserichman.com
2  Kim E. Richman
   krichman@reeserichman.com
3  **REESE RICHMAN LLP**
   875 Avenue of the Americas, 18th Floor
4  New York, New York 10001
   Telephone: (212) 643-0500
5  Facsimile:  (212) 253-4272

6
   *Attorneys for Plaintiff and the Proposed Class*
7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  MIRKO CARREA, on behalf of himself        :   Case No. 10-cv-01044 JSW
    and all others similarly situated,        :
16                                             :
                                               :
17                         Plaintiffs,         :   **PLAINTIFF'S NOTICE OF MOTION
                                               :   AND MOTION TO TRANSFER TO
18       vs.                                   :   OAKLAND DIVISION PURSUANT TO
                                               :   LOCAL CIVIL RULE 12(h) AND
19  DREYER'S GRAND ICE CREAM, INC.             :   SUPPORTING MEMORANDUM OF
                                               :   POINTS AND AUTHORITIES
20                         Defendant.          :
                                               :   Hearing Date:  November 12, 2010
21                                             :   Time:             9:00 a.m.
                                               :
22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION TO TRANSFER

TO DEFENDANT AND ITS COUNSEL OF RECORD:

Pursuant to Civil Local Rule 12(h), Plaintiff Mirko Carrea ("Plaintiff"), by his undersigned counsel, will, and does hereby, move before the Honorable Jeffrey S. White at 9:00 a.m. on November 12, 2010, located at Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California for an Order (attached as Exhibit A hereto) transferring this matter to the Oakland Division of the Northern District of California.

Plaintiff seeks an order from this Court transferring this action to the Oakland Division because defendant Dreyer's Grand Ice Cream, Inc. ("Defendant") is headquartered in Oakland, has its principal place of business in Oakland, and the vast majority, if not all, of the witnesses and discovery are anticipated to be located in Oakland.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and such other matters as may be presented to the Court at the time of the hearing.

Dated: October 7, 2010

REESE RICHMAN LLP

/s/ Michael R. Reese
Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

*Attorneys for Plaintiff*

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      INTRODUCTION**

Oakland, California is the corporate headquarters of Dreyer's Grand Ice Cream Inc., ("Dreyer's" or "Defendant").  Oakland is also where the Defendant has its principal place of business.  Oakland is also where, as alleged in the Second Amended Complaint (Dkt. 33) ("Complaint"), the vast majority, if not all, of the discovery and witnesses in this action are expected to be located.  Accordingly, under Northern District of California Civil Local Rule 12(h) that gives this Court the authority to transfer an action to another division within this District when faced with such a situation as that presented here, the above-captioned matter should now be transferred to the Oakland Division.

**II.     STATEMENT OF THE ISSUE**

Should this action be transferred to the Oakland Division of the Northern District of California when Oakland is where the Defendant is headquartered; Oakland is where the Defendant has its principal place of business; and, Oakland is where the vast majority, if not all, of the witnesses and discovery are located?

**III.    ARGUMENT**

 "A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred." Civil Local Rule 3-2(c).  Moreover, "all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises."  Civil L.R. 3-2(c). Finally, Civil Local Rule 12(h) allows for transfer from one division in the Northern District of California to another division within the District:

> Whenever a Judge finds that…the convenience of parties and witnesses
> and the interests of justice will be served by transferring the action to a
> different division within the district, the Judge may order such transfer…

Civil Local Rule 12(h).

Here, transfer should be made from the San Francisco division to the Oakland division. As stated above and in the Complaint, Oakland is where Defendant's headquarters are located; Oakland is where the Defendant's principal place of business is located; and Oakland is where the vast majority, if not all, of the witnesses and discovery are anticipated to be located. *See* Complaint ¶16. ("It is from this marketing department based in Oakland, California that the misleading representations at issue here were formulated and it is from this marketing department located in Oakland, California from which these representations emanated nationwide"). Further underscoring that Oakland is the best forum for this is action is the following statement on the packaging of each and every Product at issue here that contains the alleged misrepresentations:

> **DISTIBUTED BY:**
> **DREYER'S GRAND ICE CREAM, INC.**
> **5929 COLLEGE AVENUE**
> **OAKLAND, CA 94618**

Complaint at ¶18. Accordingly, because it would be more convenient for the parties and witnesses to have this matter heard where Defendant and the witnesses are located, this Court should now transfer this action to the Oakland Division pursuant to Local Civil Rule 12(h).

## IV.    CONCLUSION

For the reasons stated above, Plaintiff respectfully requests intra-district transfer from the San Francisco Division to the Oakland Division.

Dated: October 7, 2010                                  Respectfully submitted,

*/s/ Michael R. Reese*
**REESE RICHMAN LLP**
Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010, I caused the foregoing **NOTICE OF MOTION AND MOTION FOR TRANSFER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.


DATED:  October 7, 2010                              */s/ Michael R. Reese*
                                                     Michael R. Reese