**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRO CARREA,<br><br>   Plaintiff,<br><br>   v.<br><br>DREYER'S GRAND ICE CREAM, INC.,<br><br>   Defendant.<br>_____/ | No. C 10-01044 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

This matter is set for a hearing on January 7, 2011 on Defendant's motion to dismiss. The Court HEREBY ORDERS that any opposition to this motion shall be filed by no later than November 12, 2010 and Defendant's reply, if any, shall be filed by no later than November 19, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE