**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MIRO CARREA,

10          Plaintiff,                              No. C 10-01044 JSW

11     v.

12   DREYER'S GRAND ICE CREAM, INC.,        **ORDER VACATING HEARING**

13          Defendant.

14   _____/

15          This matter is set for a hearing on Defendant's Motion to Dismiss Second Amended

16   Class Action Complaint on January 7, 2011.  The Court finds the matter suitable for disposition

17   without oral argument and HEREBY VACATES the hearing.  *See* N.D. Civ. L.R. 7-1(b).  A

18   written ruling on the motion shall issue in due course.

19

20          **IT IS SO ORDERED.**

21

22   Dated: January 5, 2011          _____

23                                   JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28