IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRKO CARREA,

    Plaintiff,

v.

DREYER'S GRAND ICE CREAM, INC.,

    Defendant.

No. C 10-01044 JSW

**JUDGMENT**

    Pursuant to the Court's Order Granting Defendant's Motion to Dismiss Second Amended Class Action Complaint, it is Ordered and Adjudged that the complaint is dismissed with prejudice. Judgment is hereby entered in favor of Defendant Dreyer's Grand Ice Cream, Inc., and against Plaintiff Mirko Carrea. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE